UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| TANYA VICTOR, an individual,<br><br>                              Plaintiff,<br><br>v.<br><br>WALMART, INC., a foreign corporation, doing business as WALMART SUPERCENTER #3351; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>                              Defendants. | Case No.: 2:20-cv-01591-JCM-NJK<br>**ORDER GRANTING DEFENDANT WALMART, INC.'S MOTION TO REMOVE BENJAMIN J. DOYLE, ESQ. FROM CAPTION AND ELECTRONIC SERVICE LIST** |

     Defendant, Walmart, Inc., by and through their attorney of record, Robert K. Phillips, Esq. and Megan E. Wessel, Esq. of the law firm of Phillips, Spallas & Angstadt, hereby request that Benjamin J. Doyle Esq. be removed from the caption and list of counsel to be noticed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

1  Benjamin J. Doyle, Esq. is no longer with Phillips, Spallas & Angstadt LLC. Given the
2  remaining attorneys at Phillips, Spallas & Angstadt LLC who have appeared on behalf of Defendant,
3  no party will be prejudiced by this counsel's withdrawal.

5  DATED this 6th day of April, 2021.

6  **PHILLIPS, SPALLAS & ANGSTADT LLC**

7  /s/ Megan E. Wessel

8  ROBERT K. PHILLIPS, ESQ.
   Nevada Bar No. 11441
9  Megan E. Wessel, ESQ.
   Nevada Bar No. 14131
10 504 South Ninth Street
11 Las Vegas, Nevada 89101

12 *Attorneys for Defendant*
   *Walmart, Inc.*

14 IT IS SO ORDERED.

15 Dated: April 7, 2021

17 _____
   United States Magistrate Judge