# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TANYA VICTOR,<br><br>   Plaintiff,<br><br>v.<br><br>WALMART, INC.,<br><br>   Defendant. | Case No. 2:20-cv-01591-JCM-NJK<br><br>**ORDER**<br><br>[Docket No. 30] |

Pending before the Court is the parties' notice of settlement. Docket No. 30. The parties submit that they have reached a settlement in this case. *Id.* at 1.

Accordingly, the settlement conference set for October 20, 2021, is hereby **VACATED**. The parties must file a stipulation of dismissal no later than October 1, 2021.

IT IS SO ORDERED.

Dated: August 2, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1