ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net

*Attorneys for Defendant*
*Walmart Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TANYA VICTOR, an individual, | Case No.: 2:20-CV-01591-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WALMART INC, a foreign corporation, doing business as WALMART SUPERCENTER #3351; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

- 1 -

1 | their own costs and attorney's fees.

2 | DATED this 20 day of August, 2021.   DATED this 20th day of August, 2021.

**ERIC ROY LAW FIRM**   **PHILLIPS, SPALLAS & ANGSTADT**

_____   _____ NV bar # 15314

Eric Roy, Esq.   for Robert K. Phillips, Esq.
Nevada Bar No. 11869   Nevada Bar No. 11441
J. Taylor Oblad, Esq.   Megan E. Wessel, Esq.
Nevada Bar No. 11430   Nevada Bar No. 14131
703 South Eighth Street   504 South Ninth Street
Las Vegas, Nevada 89101   Las Vegas, Nevada 89101

*Attorneys for Plaintiff*   *Attorneys for Defendant*
*Tanya Victor*   *Walmart Inc.*

*Tanya Victor v. Walmart Inc.*
*Case No. 2:20-CV-01591-JCM-NJK*

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED August 20, 2021.

_____
UNITED STATES DISTRICT JUDGE